UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WHITEPAGES, INC.<br><br>　　　　　　　　Defendant. | Case No.  2:24-cv-01408-JHC<br><br>STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:<br>SEPTEMBER 27, 2024** |

　　　Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer and Defendant Whitepages, Inc., hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to November 4, 2024. This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party.  The parties further agree to extend the deadline for Plaintiffs' response in equal measure if so requested.

DATED this 27th day of September, 2024.

| NICK MAJOR LAW | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Nick Major* <br> Nick Major <br> 450 Alaskan Way S. #200 <br> Seattle, WA 98104 <br> Tel: (206) 410-5688 <br> E: nick@nickmajorlaw.com | By: *s/ Timothy G. Leyh* <br> By: *s/ Tyler L. Farmer* <br> By: *s/ Ariel A. Martinez* <br> By: *s/ Erica R. Iverson* <br> Timothy G. Leyh, WSBA #14853 <br> Tyler L. Farmer, WSBA #39912 <br> Ariel A. Martinez, WSBA #54869 <br> Erica R. Iverson, WSBA #59627 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Tel:  (206) 623-1700 <br> Fax:  (206) 623-8717 <br> Email: timothy.leyh@bclplaw.com <br> Email: tyler.farmer@bclplaw.com <br> Email: ariel.martinez@bclplaw.com <br> Email: erica.iverson@bclplaw.com |
| HEDIN LLP <br><br> Frank S. Hedin (*pro hac vice*) <br> 1395 Brickell Ave, Suite 610 <br> Miami, FL 33131 <br> Tel: (305) 357-2107 <br> E: fhedin@hedinllp.com <br><br> Tyler K. Somes (*pro hac vice*) <br> 1100 15th Street NW, Ste 04-108 <br> Washington, D.C. 20005 <br> Tel: (202) 900-3331 <br> E: tsomes@hedinllp.com <br><br> *Attorneys for Plaintiffs* | *Attorneys for Whitepages, Inc.* |

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO
RESPOND TO PLAINTIFFS' COMPLAINT - 2
(Case No. 2:24-cv-01408-JHC)

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE