UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WHITEPAGES, INC. <br><br> Defendant. | Case No. 2:24-cv-01408-JHC <br><br> STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT <br><br> **NOTE ON MOTION CALENDAR:** <br> November 6, 2024 |

Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer and Defendant Whitepages, Inc., hereby STIPULATE AND AGREE to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 13) to December 17, 2024. This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party.

1    DATED this 6th day of November, 2024.

| NICK MAJOR LAW | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Nick Major* | By: *s/ Timothy G. Leyh* |
| Nick Major | By: *s/ Tyler L. Farmer* |
| 450 Alaskan Way S. #200 | By: *s/ Ariel A. Martinez* |
| Seattle, WA 98104 | By: *s/ Erica R. Iverson* |
| Tel: (206) 410-5688 | Timothy G. Leyh, WSBA #14853 |
| E: nick@nickmajorlaw.com | Tyler L. Farmer, WSBA #39912 |
|  | Ariel A. Martinez, WSBA #54869 |
| HEDIN LLP | Erica R. Iverson, WSBA #59627 |
|  | 999 Third Avenue, Suite 4400 |
| Frank S. Hedin (*pro hac vice*) | Seattle, WA 98104 |
| 1395 Brickell Ave, Suite 610 | Tel:  (206) 623-1700 |
| Miami, FL 33131 | Fax:  (206) 623-8717 |
| Tel: (305) 357-2107 | Email: timothy.leyh@bclplaw.com |
| E: fhedin@hedinllp.com | Email: tyler.farmer@bclplaw.com |
|  | Email: ariel.martinez@bclplaw.com |
| Tyler K. Somes (*pro hac vice*) | Email: erica.iverson@bclplaw.com |
| 1100 15th Street NW, Ste 04-108 |  |
| Washington, D.C. 20005 | *Attorneys for Whitepages, Inc.* |
| Tel: (202) 900-3331 |  |
| E: tsome@hedinllp.com |  |

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE