HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL.,<br><br>            Plaintiffs,<br><br>    v.<br><br>WHITEPAGES, INC.<br><br>            Defendant. | Case No.  2:24-cv-01408-JHC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION<br><br>**NOTE ON MOTION CALENDAR:**<br>November 12, 2024 |

Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer and Defendant Whitepages, Inc., hereby STIPULATE AND AGREE to extend the deadline for Plaintiffs to respond to Defendant's Motion to Compel Arbitration (ECF No. 16) to December 17, 2024.  This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party.

1

DATED this 11th day of November, 2024.

2

NICK MAJOR LAW                              BRYAN CAVE LEIGHTON PAISNER LLP

3

4

By: _s/ Nick Major_____            By: _s/ Timothy G. Leyh_____
                                           By: _s/ Tyler L. Farmer_____
    Nick Major                             By: _s/ Ariel A. Martinez_____
    450 Alaskan Way S. #200                By: _s/ Erica R. Iverson_____

5

    Seattle, WA 98104                          Timothy G. Leyh, WSBA #14853

6

    Tel: (206) 410-5688                        Tyler L. Farmer, WSBA #39912
    E: nick@nickmajorlaw.com                   Ariel A. Martinez, WSBA #54869

7

    Erica R. Iverson, WSBA #59627

8

HEDIN LLP                                      999 Third Avenue, Suite 4400
                                               Seattle, WA 98104

9

    Frank S. Hedin (*pro hac vice*)            Tel:  (206) 623-1700
    1395 Brickell Ave, Suite 610               Fax:  (206) 623-8717

10

    Miami, FL 33131                            Email: timothy.leyh@bclplaw.com
    Tel: (305) 357-2107                        Email: tyler.farmer@bclplaw.com

11

    E: fhedin@hedinllp.com                     Email: ariel.martinez@bclplaw.com
                                               Email: erica.iverson@bclplaw.com

12

    Tyler K. Somes (*pro hac vice*)
    1100 15th Street NW, Ste 04-108        *Attorneys for Whitepages, Inc.*

13

    Washington, D.C. 20005
    Tel: (202) 900-3331

14

    E: tsome@hedinllp.com

15

*Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

1

**[PROPOSED] ORDER**

2    IT IS SO ORDERED.

3    DATED this _____ day of _____, 2024.

4

5    _____

6    HONORABLE JOHN H. CHUN

7    *Presented by:*

8    BRYAN CAVE LEIGHTON PAISNER LLP

9    By: _s/ Timothy G. Leyh_____
     By: _s/ Tyler L. Farmer_____
10   By: _s/ Ariel A. Martinez_____
     By: _s/ Erica R. Iverson_____
11         Timothy G. Leyh, WSBA #14853
           Tyler L. Farmer, WSBA #39912
12         Ariel A. Martinez, WSBA #54869
           Erica R. Iverson, WSBA #59627
13         999 Third Avenue, Suite 4400
           Seattle, WA 98104
14         Tel: (206) 623-1700
           Fax: (206) 623-8717
15         Email: timothy.leyh@bclplaw.com
           Email: tyler.farmer@bclplaw.com
16         Email: ariel.martinez@bclplaw.com
           Email: erica.iverson@bclplaw.com
17

18   *Attorneys for Whitepages, Inc.*

19   NICK MAJOR LAW

20   By: _s/ Nick Major_____
           Nick Major
21         450 Alaskan Way S. #200
           Seattle, WA 98104
22         Tel: (206) 410-5688
           E: nick@nickmajorlaw.com
23

24   HEDIN LLP

25         Frank S. Hedin (*pro hac vice*)
           1395 Brickell Ave, Suite 610

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE
DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO
DISMISS
(Case No. 2:24-cv-01408-JHC)

Miami, FL 33131
Tel: (305) 357-2107
E: fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Tel: (202) 900-3331
E: tsome@hedinllp.com

*Attorneys for Plaintiffs*