UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WHITEPAGES, INC. <br><br> Defendant. | Case No.  2:24-cv-01408-JHC <br><br> STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION |

    Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer and Defendant Whitepages, Inc., hereby STIPULATE AND AGREE to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 13) and Motion to Compel Arbitration (ECF No. 16) (together, the "Motions") to December 31, 2024.  Plaintiffs and Defendant also STIPULATE AND AGREE to extend Defendant's reply deadlines for both Motions to January 14, 2025  The parties also have agreed not to serve discovery until after briefing is completed.  This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party.

DATED this 6th day of December, 2024.

| NICK MAJOR LAW | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: *s/ Nick Major* <br> Nick Major <br> 450 Alaskan Way S. #200 <br> Seattle, WA 98104 <br> Tel: (206) 410-5688 <br> E: nick@nickmajorlaw.com <br><br> HEDIN LLP <br><br> Frank S. Hedin (*pro hac vice*) <br> 1395 Brickell Ave, Suite 610 <br> Miami, FL 33131 <br> Tel: (305) 357-2107 <br> E: fhedin@hedinllp.com <br><br> Tyler K. Somes (*pro hac vice*) <br> 1100 15th Street NW, Ste 04-108 <br> Washington, D.C. 20005 <br> Tel: (202) 900-3331 <br> E: tsome@hedinllp.com <br><br> *Attorneys for Plaintiffs* | By: *s/ Timothy G. Leyh* <br> By: *s/ Tyler L. Farmer* <br> By: *s/ Ariel A. Martinez* <br> By: *s/ Erica R. Iverson* <br> Timothy G. Leyh, WSBA #14853 <br> Tyler L. Farmer, WSBA #39912 <br> Ariel A. Martinez, WSBA #54869 <br> Erica R. Iverson, WSBA #59627 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Tel:  (206) 623-1700 <br> Fax:  (206) 623-8717 <br> Email: timothy.leyh@bclplaw.com <br> Email: tyler.farmer@bclplaw.com <br> Email: ariel.martinez@bclplaw.com <br> Email: erica.iverson@bclplaw.com <br><br> *Attorneys for Whitepages, Inc.* |

**ORDER**

    IT IS SO ORDERED. The Court DIRECTS the Clerk to renote both motions at issue to January 14, 2025.

    DATED this 6th day of December, 2024.

                                          JOHN H. CHUN
                                          UNITED STATES DISTRICT JUDGE