THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JENNIFER CARRERA, CAROL ANDERSON, and BECKY JO PALMER, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

WHITEPAGES, INC.,

        Defendant.

Case No. 2:24-cv-01408-JHC

NOTE ON MOTION CALENDAR:

January 14, 2025

**DECLARATION OF TYLER K. SOMES**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION**
**TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-01408-JHC

**HEDIN LLP**
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

I, Tyler K. Somes, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am an attorney at the law firm Hedin LLP and a member in good standing of the District of Columbia Bar, and I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration in the above-captioned action.

2. From 2021 to 2022, I served as law clerk to the Honorable Richard C. Wesley, Senior Judge on the United States Court of Appeals for the Second Circuit.

3. Before joining Hedin LLP, I worked for four years at a large commercial law firm in Washington, DC and Austin, Texas, where I represented plaintiffs and defendants in a range of commercial litigation matters.

4. I joined Hedin LLP in August 2024.

5. Frank Hedin is the owner of Hedin LLP.

6. I represent Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer ("Plaintiffs") in the above-captioned action.

7. On September 5, 2024, Plaintiffs filed this action against Defendant Whitepages, Inc. stating one count of misappropriation under four different states' right of publicity statutes. *See* ECF No. 1.

8. On November 8, 2024, Defendant filed a motion to compel arbitration. *See* ECF No. 16.

9. On November 5, 2024, I accessed Defendant's website www.whitepages.com and took the screenshots attached as Exhibit A.

10. The screenshots attached as Exhibit A depict the consecutive steps of my navigation through Defendant's website www.whitepages.com.

1

DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-01408-JHC

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

11. I accessed www.whitepages.com by entering a query on www.google.com for the words "frank hedin whitepages." The first result to the query was a link to the website www.whitepages.com/name/frank-hedin. While accessing and navigating the website, I was never confronted with a "pop-up" referencing Defendant's Terms of Service. On the "checkout" page, I did not check the box indicating assent to the Terms of Service.

12. The screenshots attached as Exhibit A show that an individual can access internal pages on www.whitepages.com without ever encountering the site's home page, bearing witness to a "pop-up" referencing the Terms of Service, or manifesting assent to the Terms of Service.

13. I declare, under penalty of perjury, pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of December, 2024, in Honeoye Falls, New York.

*/s/ Tyler K. Somes*
Tyler K. Somes

2
DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-01408-JHC

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

# EXHIBIT A



frank hedin whitepages

All  Images  Videos  News  Shopping  Forums  Web  More  Tools


Whitepages
https://www.whitepages.com › ... › H › 🌐 Hedin

### Frank Hedin Address & Phone Number

View **Frank Hedin** results including current home address, phone number, relatives & property records with **Whitepages**. We found 1 person named **Frank Hedin** in ...


Whitepages
https://www.whitepages.com › ... › Florida › Miami › H

### Miami, FL White Pages - Last name: Hedin

Lookup people with the last name **Hedin** in the Miami, Florida (FL) **white pages** phone book to find Phone Numbers, Addresses & More.


Law360
https://www.law360.com › firms › hedin-hall › attorneys

### Frank Hedin, Hedin Hall

**Frank Hedin** ... This page is a profile of **Frank Hedin** which lists the cases **Frank Hedin** has worked on and articles about those cases. ... **Whitepages** Inc, Washington ...


Whitepages
https://www.whitepages.com › ... › H › 🌐 Hedin

### Thomas Hedin Address & Phone Number

Who are Thomas Hedin's relatives? Thomas Hedin's family members include Hugh Hedin, **Frank Hedin**, and Joan Hedin. What age is Thomas Hedin? Thomas Hedin is in ...


Law360
https://www.law360.com › firms › frank-hedin › cases

### Frank Hedin, Hedin Hall

**Frank Hedin** was listed as an attorney at the law firm Hedin Hall on the following cases. This page is a profile of **Frank Hedin** which lists the cases Frank ...







