THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, CAROL ANDERSON, and BECKY JO PALMER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>WHITEPAGES, INC.,<br><br>        Defendant. | Case No. 2:24-cv-01408-JHC<br><br>NOTE ON MOTION CALENDAR:<br><br>January 14, 2025 |

### [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION

Before the Court is Whitepages, Inc.'s Motion to Compel Arbitration (the "Motion"). After considering the positions of the parties and the legal standards governing this matter, the Motion is DENIED.

Dated this _____ day of _____, 2025.

 

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-cv-01408-JHC

**HEDIN LLP**
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

Respectfully submitted,

By: */s/ Nick Major*

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**
Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Email: fhedin@hedinllp.com

**HEDIN LLP**
Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-108
Washington, DC 20005
Telephone: (202) 900-3331
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Classes*

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-01408-JHC

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107