UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL,<br><br>              Plaintiffs,<br><br>    v.<br><br>WHITEPAGES, INC.<br><br>              Defendant. | Case No.  2:24-cv-01408-JHC<br><br>STIPULATION REGARDING REVISED JOINT STATUS REPORT AND DISCOVERY PLAN & ORDER<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 6, 2025 |

      Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer (collectively, "Plaintiffs") and Defendant Whitepages, Inc. ("Whitepages"), by and through their attorneys of record, stipulate to stay discovery in this case until this Court renders its decision on Whitepages, Inc.'s Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) (Dkt. 13) and Whitepages, Inc.'s Motion to Compel Arbitration (Dkt. 16).  The parties further stipulate to revise section 7 of the Joint Status Report and Discovery Plan (Dkt. 19) as follows:

      The deadline for the first phase of discovery (i.e., concerning plaintiff's individual claims and class certification) should be 12 months after the Court rules on Whitepages' pending dispositive motions.  If necessary, the deadline for remaining class discovery should be 18 months after the Court rules on Whitepages' pending dispositive motions.

1 | DATED this 6th day of June, 2025.

2 | NICK MAJOR LAW

MARTINEZ & FARMER LLP

3 | By: *s/Nick Major*
Nick Major
450 Alaskan Way S. #200 Seattle, WA 98104
Tel: (206) 410-5688
E: nick@nickmajorlaw.com

By: *s/Tyler L. Farmer*
By: *s/Ariel A. Martinez*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, Washington 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

HEDIN LLP

*Attorneys for Whitepages, Inc.*

Frank S. Hedin (pro hac vice)
1395 Brickell Ave, Suite 610
Miami, FL 33131
Tel: (305) 357-2107
E: fhedin@hedinllp.com

Tyler K. Somes (pro hac vice)
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Tel: (202) 900-3331
E: tsome@hedinllp.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of June, 2025.

> JOHN H. CHUN
> UNITED STATES DISTRICT JUDGE