HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC.<br><br>　　　　　　　Defendant. | Case No.  2:24-cv-01408-JHC<br><br>**UNOPPOSED MOTION FOR STAY OF CASE PENDING APPEAL AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>JULY 22, 2025 |

On July 8, 2025, Whitepages, Inc. ("Whitepages") timely filed a notice of appeal (Dkt. #40) of the Court's Order on Motion to Compel Arbitration (Dkt. #38).  Because the appeal addresses the denial of Whitepages' motion to compel arbitration and Whitepages' statutory rights under the Federal Arbitration Act, 9 U.S.C. § 16(a), the district court is "require[d]" to enter an "automatic stay" pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 143 S.Ct. 1915, 216 L.Ed.2d 671 (2023). *See also California by & through Harrison v. Express Scripts, Inc.,* 139 F.4th 763, 767 (9th Cir. 2025) ("[A] stay of lower court proceedings pending appeal is required when a district court denies a motion to compel arbitration." (citing *Coinbase*, 599 U.S. at 741)).

The parties have conferred and plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer by and through their counsel of record do not oppose this motion.

**UNOPPOSED MOTION FOR STAY OF CASE PENDING APPEAL AND [PROPOSED] ORDER** - 1
(Case No. 2:24-cv-01408-JHC)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

1  Dated: July 22, 2025

I certify that this memorandum contains 147 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

*s/     Tyler L. Farmer*

*s/     Ariel A. Martinez*

Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

*Attorneys for Whitepages, Inc.*

**UNOPPOSED MOTION FOR STAY OF CASE PENDING APPEAL AND [PROPOSED] ORDER** - 2
(Case No. 2:24-cv-01408-JHC)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

# [PROPOSED] ORDER

Upon consideration of the Defendant's Unopposed Motion for Stay of Case, it is hereby ORDERED that Defendant's Unopposed Motion for Stay of Case is GRANTED.

It is further ORDERED that this case is STAYED pending resolution of Defendant's appeal, captioned *Whitepages, Inc. v. Carrera*, et al., No. 25-4219.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented By:

By: *s/ Tyler L. Farmer*
By: *s/ Ariel A. Martinez*
   MARTINEZ & FARMER LLP
   Tyler L. Farmer, WSBA #39912
   Ariel A. Martinez, WSBA #54869
   4020 East Madison St., Suite 300
   Seattle, WA 98112
   Tel: 206-208-2270
   Email: tyler@mfseattle.com
   Email: ariel@mfseattle.com

*Attorneys for Whitepages, Inc.*

UNOPPOSED MOTION FOR STAY OF CASE PENDING APPEAL AND [PROPOSED] ORDER - 3
(Case No. 2:24-cv-01408-JHC)

MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270