1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JENNIFER CARRERA, ET AL,

10                     Plaintiffs,

11          v.

12    WHITEPAGES, INC.

13                     Defendant.

14

Case No.  2:24-cv-01408-JHC

**UNOPPOSED MOTION FOR STAY OF
CASE PENDING APPEAL AND ORDER**

NOTE ON MOTION CALENDAR:
JULY 22, 2025

15          On July 8, 2025, Whitepages, Inc. ("Whitepages") timely filed a notice of appeal (Dkt.

16    #40) of the Court's Order on Motion to Compel Arbitration (Dkt. #38).  Because the appeal

17    addresses the denial of Whitepages' motion to compel arbitration and Whitepages' statutory rights

18    under the Federal Arbitration Act, 9 U.S.C. § 16(a), the district court is "require[d]" to enter an

19    "automatic stay" pursuant to *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 143 S.Ct. 1915, 216 L.Ed.2d

20    671 (2023). *See also California by & through Harrison v. Express Scripts, Inc.,* 139 F.4th 763, 767

21    (9th Cir. 2025) ("[A] stay of lower court proceedings pending appeal is required when a district

22    court denies a motion to compel arbitration." (citing *Coinbase*, 599 U.S. at 741)).

23          The parties have conferred and plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo

24    Palmer by and through their counsel of record do not oppose this motion.

25

**UNOPPOSED MOTION FOR STAY OF CASE PENDING
APPEAL AND ORDER** - 1
(Case No. 2:24-cv-01408-JHC)

Dated:  July 22, 2025

I certify that this memorandum contains 147 words, in compliance with the Local Civil Rules.

MARTINEZ & FARMER LLP

_s/_    _Tyler L. Farmer_

_s/_    _Ariel A. Martinez_

Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel:  (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

_Attorneys for Whitepages, Inc._

**UNOPPOSED MOTION FOR STAY OF CASE PENDING
APPEAL AND ORDER** - 2
(Case No. 2:24-cv-01408-JHC)

**ORDER**

Upon consideration of the Defendant's Unopposed Motion for Stay of Case, Dkt. # 43, it is hereby ORDERED that Defendant's Unopposed Motion for Stay of Case is GRANTED.

It is further ORDERED that this case is STAYED pending resolution of Defendant's appeal, captioned *Whitepages, Inc. v. Carrera*, et al., No. 25-4219.

IT IS SO ORDERED.

DATED this 22nd day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE