UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, et al., | CASE NO. 2:24-cv-01408-JHC |
| Plaintiff, | ORDER |
| v. | |
| WHITEPAGES, INC., | |
| Defendant. | |

    This matter comes before the Court sua sponte. On July 22, 2025, the Court stayed this case until the Ninth Circuit resolved the appeal of the denial of Whitepages' motion to compel arbitration. Dkt. # 44. On September 25, 2025, the Ninth Circuit affirmed. Dkt. # 45. The mandate issued on October 17, 2025. Dkt. # 46.

    Accordingly, the Court lifts the stay in this matter. The Court also DIRECTS the parties to file a Joint Status Report that comports with the order at Dkt. # 12 by November 4, 2025.

    Dated this 21st day of October, 2025.

John H. Chun
United States District Judge

ORDER - 1