UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL,<br><br>             Plaintiffs,<br><br>      v.<br><br>WHITEPAGES, INC.<br><br>             Defendant. | Case No.  2:24-cv-01408-JHC<br><br>STIPULATION AND ORDER TO SET CASE CALENDAR<br><br>**NOTE ON MOTION CALENDAR:**<br>February 11, 2026 |

Plaintiffs Jennifer Carrera, Carol Anderson, and Becky Jo Palmer and Defendant Whitepages, Inc., hereby STIPULATE AND AGREE to establish the case management deadlines described below. This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection by any party. In support thereof, the Parties would respectfully show the Court the following:

**WHEREAS**, Plaintiffs filed a Class Action Complaint on September 5, 2024, in the case styled *Carrera v. Whitepages, Inc.*, No. 2:24-cv-01408, in the United States District Court for the Western District of Washington (ECF No. 1).

**WHEREAS**, Defendant filed a motion to dismiss (ECF No. 13) and motion to compel arbitration (ECF No. 16) on November 4, 2025, and November 8, 2025, respectively.

1       **WHEREAS**, the Parties files a Stipulation Regarding Revised Joint Status Report and

2   Discovery Plan & Order (ECF No. 36) stipulating to a stay of discovery until the Court resolved the

3   then-pending dispositive motions and proposing revised case management deadlines, including a

4   deadline for the first phase of discovery (i.e., concerning plaintiff's individual claims and class

5   certification) of 12 months after the Court rules on Whitepages' dispositive motions, and a deadline

6   for the second phase of discovery (i.e., any remaining class discovery) of 18 months after the Court

7   rules on Whitepages' dispositive motions, on June 6, 2025.

8       **WHEREAS**, the Court granted the Parties' Stipulation Regarding Revised Joint Status

9   Report and Discovery Plan & Order in an Order dated June 6, 2025 (ECF No. 37), and in so doing,

10  established a deadline for the first phase of discovery (i.e., concerning plaintiff's individual claims

11  and class certification) of 12 months after the Court ruled on Whitepages' dispositive motions, and

12  a deadline for the second phase of discovery (i.e., any remaining class discovery) of 18 months after

13  the Court rules on Whitepages' dispositive motions.

14      **WHEREAS**, the Court issued Orders denying Defendant's motion to compel arbitration

15  (ECF No. 38) and motion to dismiss (ECF No. 39) on June 9, 2025.

16      **WHEREAS**, Defendant filed a notice of appeal of the Order denying its motion to compel

17  arbitration (ECF No. 44) on July 8, 2025.

18      **WHEREAS**, Defendant filed an Unopposed Motion to Stay Case pending appeal (ECF No.

19  43) on July 22, 2025.

20      **WHEREAS**, the Court entered the Unopposed Motion to Stay Case in an Order (ECF No.

21  44) dated July 22, 2025, thereby staying discovery in the case.

22      **WHEREAS**, the United States Court of Appeals for the Ninth Circuit summarily affirmed

23  this Court's Order denying Defendant's motion to compel arbitration on September 25, 2025 (ECF

24  No. 45).

25

STIPULATION AND ORDER TO
SET CASE CALENDAR - 2
(Case No. 2:24-cv-01408-JHC)

**WHEREAS**, the Mandate as to the notice of appeal was issued by the United States Court of Appeals for the Ninth Circuit (ECF No. 46) on October 17, 2025.

**WHEREAS**, the Parties agree that the proceedings in this case were stayed upon Defendant's filing of the notice of appeal pursuant to the Supreme Court's holding in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

**WHEREAS**, the Court lifted the stay in an Order dated October 21, 2025, and directed the Parties to file a Joint Status Report (ECF No. 47).

**WHEREAS**, the Parties filed a Joint Status Report conforming to the Court's October 21, 2025, Order on October 27, 2025, which proposed certain case management deadlines (ECF No. 48).

**WHEREAS**, the Court issued an Order Regarding Class Certification Motion establishing the following case management deadlines on December 11, 2025 (ECF No. 52): Deadline to complete the first phase of fact discovery: 6/22/2026; Deadline for Plaintiffs' expert witness disclosures: 9/4/2026; Deadline for Defendant's expert witness disclosures: 10/2/2026; Deadline for Plaintiffs to move for class certification: 11/27/2026; Deadline to complete remaining class discovery: Three months after the Court rules on Plaintiffs' motion for class certification.

**WHEREAS**, the Parties have been actively engaged in the discovery process, including the exchange of responsive documents and responsive materials, and have scheduled a series of depositions to begin in late February, 2026.

**WHEREAS**, Defendant does not anticipate being able to complete or substantially complete its review and production of documents, communications, and materials responsive to Plaintiffs' discovery requests until after the beginning of the currently-scheduled depositions.

**WHEREAS,** the Parties agree that depositions of Defendant's witnesses should occur after Defendant has completed or substantially completed its review and production of materials responsive to Plaintiff's discovery requests, in order to efficiently manage the discovery process and

make best efforts to ensure that witnesses need only be deposed one time, and with the benefit of documentary materials relevant to their testimony.

**WHEREAS,** good cause exists to set the case management deadlines proposed herein in light of the voluntary stay of discovery entered into by the parties while the dispositive motions were pending, as well as the stay of the proceedings in this Court effected by Defendant's appeal of the Order denying the motion to compel arbitration, and for the purpose of efficiently managing this case for the benefit of the Court and the Parties.

**WHEREAS,** the Parties anticipate that a three-month extension of the existing case management deadlines would permit Defendant to complete or substantially complete its review and production on materials responsive to Plaintiffs' discovery requests, and permit the Parties sufficient time to conduct depositions of fact witnesses, as well as any follow up discovery.

**THEREFORE**, the Parties stipulate and agree to set the following case management deadlines:

- Deadline to complete the first phase of fact discovery (e.g., concerning plaintiff's individual claims and class certification): September 22, 2026.
- Deadline for Plaintiffs' expert witness disclosures: December 4, 2026.
- Deadline for Defendant's expert witness disclosures: January 8, 2027.
- Deadline for Plaintiffs to move for class certification: February 26, 2027.
- Deadline to complete remaining class discovery: three months after the Court rules on Plaintiffs' motion for class certification.

DATED this 11th day of February 2026.

NICK MAJOR LAW

By: _s/ Nick Major_
    Nick Major
    450 Alaskan Way S. #200
    Seattle, WA 98104
    Tel: (206) 410-5688
    Email: nick@nickmajorlaw.com

HEDIN LLP

    Frank S. Hedin (*pro hac vice*)
    1395 Brickell Ave, Suite 610
    Miami, FL 33131
    Tel: (305) 357-2107
    Email: fhedin@hedinllp.com

    Tyler K. Somes (*pro hac vice*)
    1100 15th Street NW, Ste 04-105K
    Washington, D.C. 20005
    Tel: (202) 900-3331
    Email: tsomes@hedinllp.com

*Attorneys for Plaintiffs*

MARTINEZ & FARMER LLP

By: _s/ Ariel A. Martinez_
    Ariel A. Martinez, WSBA #54869
    Tyler L. Farmer, WSBA #39912
    MARTINEZ & FARMER
    4020 East Madison St., Suite 300
    Seattle, WA 98112
    Tel:  (206) 208-2270
    Email: ariel@mfseattle.com
    Email: tyler@mfseattle.com

*Attorneys for Whitepages, Inc.*

1

**ORDER**

2      IT IS SO ORDERED.

3      DATED this 12th day of February, 2026.

4

5      ⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃⁃

6      JOHN H. CHUN
       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25