HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER CARRERA, ET AL.,

                Plaintiffs,

    v.

WHITEPAGES, INC.

                Defendant.

Case No.  2:24-cv-01408-JHC

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND [PROPOSED] ORDER

**NOTE ON MOTION CALENDAR:**
August 4, 2026

Plaintiffs Jennifer Carrera, Carol Anderson, Becky Jo Palmer, Elizabeth Stachovic, and Randall Briley hereby respectfully move the Court to extend Plaintiffs' deadline to respond to Defendant's Motion for a Protective Order (ECF No. 59) to August 17, 2026, and in support thereof would respectfully show the Court as follows:

1. Plaintiffs filed a First Amended Complaint on May 26, 2026 (ECF No. 55).

2. Defendant filed an Answer to the First Amended Complaint on June 24, 2026 (ECF No. 58).

3. Defendant filed its Motion for a Protective Order on July 31, 2026 (ECF No. 59).

4. Plaintiffs' present deadline to respond to the Motion for a Protective Order is August 10, 2026.  *See* L.R. 7(d)(2).

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO RESPOND TO DEFENDANT'S
MOTION FOR A PROTECTIVE ORDER
(Case No. 2:24-cv-01408-JHC)

5. Plaintiffs' counsel has numerous interceding deadlines in other matter between now and the present deadline which make preparing a response in that timeframe impractical.

6. The present deadline to complete the first phase of discovery in this Action is December 22, 2026. *See* ECF No. 57.

7. Plaintiff's counsel has conferred with Defendant's counsel regarding the extension requested in this motion and been advised that Defendant does not oppose the relief sought herein.

8. No party will be prejudiced by the requested extension of time, and it is not sought purely for purposes of delay or to gain an unfair advantage.

WHEREFORE, Plaintiffs respectfully request that this Court grant this unopposed motion and enter an Order extending Plaintiffs' deadline to respond to Defendant's Motion for a Protective order by one week, up to and including August 17, 2026.

DATED this 4th day of August, 2026.

Respectfully submitted,

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO RESPOND TO DEFENDANT'S
MOTION FOR A PROTECTIVE ORDER
(Case No. 2:24-cv-01408-JHC)

NICK MAJOR LAW


By: _s/ Nick Major_____
     Nick Major
     450 Alaskan Way S. #200
     Seattle, WA 98104
     Tel: (206) 410-5688
     E: nick@nickmajorlaw.com

HEDIN LLP

     Frank S. Hedin (*pro hac vice*)
     1395 Brickell Ave, Suite 610
     Miami, FL 33131
     Tel: (305) 357-2107
     E: fhedin@hedinllp.com

     Tyler K. Somes (*pro hac vice*)
     1100 15th Street NW, Ste 04-105K
     Washington, D.C. 20005
     Tel: (202) 900-3331
     E: tsome@hedinllp.com


*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO RESPOND TO DEFENDANT'S
MOTION FOR A PROTECTIVE ORDER
(Case No. 2:24-cv-01408-JHC)

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2026.


_____
HONORABLE JOHN H. CHUN

*Presented by:*


NICK MAJOR  LAW

By: *s/ Nick Major*_____
    Nick Major
    450 Alaskan Way S. #200
    Seattle, WA 98104
    Tel: (206) 410-5688
    E: nick@nickmajorlaw.com

HEDIN LLP

    Frank S. Hedin (*pro hac vice*)
    1395 Brickell Ave, Suite 610
    Miami, FL 33131
    Tel: (305) 357-2107
    E: fhedin@hedinllp.com

    Tyler K. Somes (*pro hac vice*)
    1100 15th Street NW, Ste 04-108
    Washington, D.C. 20005
    Tel: (202) 900-3331
    E: tsome@hedinllp.com

*Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE TO RESPOND TO DEFENDANT'S
MOTION FOR A PROTECTIVE ORDER
(Case No. 2:24-cv-01408-JHC)