HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, ET AL,<br>Plaintiffs,<br>v.<br>WHITEPAGES, INC.<br>Defendant. | Case No. 2:24-cv-01408-JHC<br><br>WHITEPAGES, INC.'S NOTICE OF MOTION RENOTED |

PLEASE TAKE NOTICE that, pursuant to LCR 7(l), Whitepages, Inc. hereby renotes its Motion for Protective Order from August 14, 2026 to August 21, 2026.

SUBMITTED this 5th day of August, 2026.

MARTINEZ & FARMER LLP

s/Tyler L. Farmer
s/Ariel A. Martinez
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

***Attorneys for Defendant***