HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, CAROL ANDERSON, BECKY JO PALMER, ELIZABETH STACHOVIC, RANDALL BRILEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC.<br><br>Defendant. | Case No. 2:24-cv-01408-JHC<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER |

**[PROPOSED] ORDER**

Having received and reviewed the briefing and supplementary materials of the parties with respect to Defendant's Motion for a Protective Order (ECF No. 59) (the "Motion"), and being otherwise fully apprised, the Court hereby Orders: (1) the Motion is denied; (2) Defendant's objections are overruled; (3) Defendant's Chief Executive Officer Leigh McMillan shall be added as a custodian with the terms of the Agreement Regarding Discovery of Electronically Stored Information and Order entered in the docket in this matter (*see* ECF No. 24); (4) Defendant shall conduct a reasonable search of Leigh McMillan's documents, communications, and electronically stored information consistent with the search protocol proposed by Plaintiffs on July 29, 2026; (5) Defendant will produce non-duplicative, non-privileged information responsive to Plaintiffs' discovery requests which is located during the aforementioned reasonable search to Plaintiffs at



**HEDIN LLP**
1395 BRICKELL AVE., # 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

least one week prior to McMillan's deposition; (6) McMillan will sit for a deposition not to exceed six hours within thirty days of the date of this Order.

IT IS SO ORDERED.

DATED this _____ day of ___________________, 2026.

______________________________________

HONORABLE JOHN H. CHUN



**HEDIN LLP**
1395 BRICKELL AVE., # 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

*Presented by:*

NICK MAJOR LAW

By: *s/ Nick Major*
Nick Major
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
Email: nick@nickmajorlaw.com

HEDIN LLP

Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3331
Facsimile: (305) 200-8801
Email: tsomes@hedinllp.com

*Attorneys for Plaintiffs*