HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, CAROL ANDERSON, BECKY JO PALMER, ELIZABETH STACHOVIC, and RANDALL BRILEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC.<br><br>Defendant. | Case No. 2:24-cv-01408-JHC<br><br>PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>**August 17, 2026** |

Plaintiffs Jennifer Carrera, Carol Anderson, Becky Jo Palmer, Elizabeth Stachovic, and Randall Briley by and through their counsel, with the consent of Defendant Whitepages, Inc., and pursuant to Local Rule 5(g) and the Protective Order entered by the Court on October 29, 2025, (ECF No. 50) hereby respectfully file this Unopposed Motion to Seal Regarding Plaintiffs' Opposition to Defendant's Motion for a Protective Order (the "Motion"), and in support thereof, states as follows:

1. On October 29, 2025, the Court entered the Protective Order proposed by Plaintiffs and Defendant. *See* ECF No. 50.

2. On July 31, 2026, Defendant moved for a protective order precluding a custodial search and deposition of its Chief Executive Officer, Leigh McMillan. *See* ECF No. 59.

3. Plaintiffs' opposition to the motion for a protective order cites, quotes, describes, and attaches various documents produced by Defendant in discovery which have been designated as "Confidential" under the terms of the Protective Order entered in this case.

4. Local Rule 5(g) sets forth the applicable standard for filing materials designated as confidential under a protective order.

5. Plaintiffs' counsel, Tyler Somes, met and conferred with Defendant's counsel, Ariel Martinez, on August 14, 2026, via telephonic conference in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Ms. Martinez indicated that Defendant would retain the confidentiality designation for the documents so-marked which are referenced in Plaintiffs' Opposition to Defendant's Motion for a Protective Order.

6. Consistent with the procedures of Local Rule 5.4(g), concurrently herewith Plaintiffs are filing (1) a redacted version of their opposition to the motion for a protective order on the public docket and (2) an unredacted version of their opposition to the motion for a protective order under seal.

7. Plaintiffs' counsel has conferred with counsel for Defendant and been advised that Defendant does not oppose this Motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order (a) granting the instant Motion, and (b) maintaining the unredacted version Plaintiffs' Opposition to Defendant's Motion for a Protective Order under seal.

DATED this 17th day of August, 2026.

Respectfully submitted,

By: */s/ Nick Major*

**NICK MAJOR LAW**

NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**

Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

**HEDIN LLP**

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, DC 20005
Telephone: (202) 900-3331
Facsimile: (305) 200-8801
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

## WORD COUNT

I certify that this memorandum contains 361 words in compliance with the Local Rules.

DATED this 17th day of August, 2026.

/s/ *Tyler K. Somes*
Tyler K. Somes

**[PROPOSED] ORDER**

Having received and reviewed the Unopposed Motion to Seal (the "Motion"), and being otherwise fully apprised, the Court hereby Orders: (1) the Motion is granted; (2) the unredacted version of Plaintiffs' Opposition to Defendant's Motion for a Protective Order may be maintained under seal.

IT IS SO ORDERED.

DATED this _____ day of ___________________, 2026.

___________________________________________
HONORABLE JOHN H. CHUN

*Presented by:*

NICK MAJOR LAW

By: *s/ Nick Major*
Nick Major
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
Email: nick@nickmajorlaw.com

HEDIN LLP

Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3331
Facsimile: (305) 200-8801
Email: tsomes@hedinllp.com

*Attorneys for Plaintiffs*