UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER CARRERA, CAROL ANDERSON, BECKY JO PALMER, ELIZABETH STACHOVIC, and RANDALL BRILEY, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

WHITEPAGES, INC.

Defendant.

Case No. 2:24-cv-01408-JHC

PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL REGARDING DECLARATION OF TYLER K. SOMES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND ORDER

NOTE ON MOTION CALENDAR:
**August 18, 2026**

Plaintiffs Jennifer Carrera, Carol Anderson, Becky Jo Palmer, Elizabeth Stachovic, and Randall Briley by and through their counsel, with the consent of Defendant Whitepages, Inc., and pursuant to Local Rule 5(g) and the Protective Order entered by the Court on October 29, 2025, (ECF No. 50) hereby respectfully file this Unopposed Motion to Seal Regarding the Declaration of Tyler K. Somes in Support of Plaintiffs' Opposition to Defendant's Motion for a Protective Order (the "Motion"), and in support thereof, states as follows:

1. Local Rule 5(g) sets forth the applicable standard for filing materials designated as confidential under a protective order.

2. On October 29, 2025, the Court entered the Protective Order proposed by Plaintiffs and Defendant. *See* ECF No. 50.

3. On July 31, 2026, Defendant moved for a protective order precluding a custodial search and deposition of its Chief Executive Officer, Leigh McMillan. *See* ECF No. 59.

4. On August 14, 2026, Plaintiffs' counsel, Tyler Somes, met and conferred with Defendant's counsel, Ariel Martinez, via telephonic conference in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Ms. Martinez indicated that Defendant would retain the confidentiality designation for the documents so-marked which are referenced in the Declaration.

5. On August 17, 2026, Plaintiffs filed their opposition to Defendant's motion for a protective order. *See* ECF No. 64 (the "Opposition").

6. Plaintiffs' Opposition is supported by the Declaration of Tyler K. Somes in Support of Plaintiffs' Opposition to Defendant's Motion for a Protective Order (ECF No. 65) (the "Declaration"), which attaches as exhibits three documents designated as "Confidential" by Defendant under the terms of the Protective Order entered in this case. *See* ECF No. 65, 65-4, 65-5, and 65-7. The three confidential exhibits are not attached to the publicly-filed declaration and are instead represented by placeholder slipsheets as required by Local Civil Rule 5(g)(4).

7. On August 17, 2026, Plaintiffs filed an unopposed motion to seal the Opposition and proposed order. *See* ECF No. 66.

8. On August 17, 2026, Plaintiffs filed sealed versions of both the Opposition and the Declaration. *See* ECF Nos. 67 and 68.

9. On August 17, 2026, after each of the filings recited above, Defendant's counsel, Ariel Martinez, called Plaintiffs' counsel, Tyler Somes, and requested that Plaintiffs re-note the unopposed motion to seal for Friday, August 21, 2026, to provide Defendant additional time to

obtain a declaration attesting to the confidential nature of the documents marked as such which are cited, quoted, and/or discussed in the Opposition.

10. On August 17, 2026, Plaintiffs re-noted the motion to seal to August 21, 2026, consistent with the request from Defendant's counsel.

11. On August 18, 2026, Mr. Somes and Ms. Martinez again spoke on the phone and Ms. Martinez requested that Plaintiffs file an unopposed motion to seal specifically pertaining to the Declaration and its exhibits. Ms. Martinez advised that Defendant would not oppose that motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order (a) granting the instant Motion, and (b) maintaining the version of the Declaration and its exhibits filed in the docket in this action at ECF No. 68 under seal.

DATED this 18th day of August, 2026.

Respectfully submitted,

By: /s/ *Nick Major*

**NICK MAJOR LAW**

NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**

Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

**HEDIN LLP**

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, DC 20005
Telephone: (202) 900-3331
Facsimile: (305) 200-8801
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

**WORD COUNT**

I certify that this memorandum contains 544 words in compliance with the Local Rules.

DATED this 18th day of August, 2026.

/s/ *Tyler K. Somes*
Tyler K. Somes

**ORDER**

Having received and reviewed the Unopposed Motion to Seal (the "Motion"), and being otherwise fully apprised, the Court hereby Orders: (1) the Motion is granted; (2) the version of the Declaration and its exhibits filed in the docket in this action at ECF No. 68 shall be maintained under seal.

IT IS SO ORDERED.

DATED this 19th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE