UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRERA, et al.,<br>Plaintiffs,<br>v.<br>WHITEPAGES, INC.<br>Defendant. | Case No. 2:24-cv-01408-JHC<br>ORDER RE: WHITEPAGES, INC.'S MOTION FOR PROTECTIVE ORDER |

THIS MATTER comes before the Court on Whitepages, Inc.'s Motion for Protective Order. Dkt. # 59. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS in part and DENIES in part the motion.

1. The Court DENIES Defendant's request to prevent the deposition of Leigh McMillan.
2. The Court GRANTS Defendant's request that the McMillan deposition take place after the depositions of the seven other Whitepages employees.
3. The Court DENIES Defendant's request that the McMillan deposition be limited to three hours.

4. The Court GRANTS Defendant's request to prevent document production by McMillan.

5. The Court need not reach the issue of Plaintiffs' motion to strike, as the material at issue does not make a difference as to the Court's analysis.

IT IS SO ORDERED.

DATED this 3rd day of September, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE