**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JENNIFER CARRERA, CAROL ANDERSON, BECKY JO PALMER, ELIZABETH STACHOVIC, and RANDALL BRILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC.,<br><br>Defendant. | Case No. 2:24-cv-01408-JHC<br><br>ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE AND STAY PENDING MEDIATION<br><br>**NOTE ON MOTION CALENDAR:** October 13, 2026 |

This matter comes before the Court on the Parties' Joint Motion to Amend Case Schedule and Stay Pending Mediation. Dkt. # 79. UPON CONSIDERATION of the Parties' Joint Motion to Stay and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED and the Court amends the case schedule as follows:

| **Description of Event** | **Date** |
|---|---|
| Deadline to complete the first phase of fact discovery (e.g., concerning Plaintiffs' individual claims and class certification) | April 20, 2027 |
| Deadline for Plaintiffs' expert witness disclosures | July 1, 2027 |
| Deadline for Defendant's expert witness disclosures | August 5, 2027 |
| Deadline for Plaintiffs to move for class certification | September 22, 2027 |
| Deadline to complete remaining class discovery | Three months after the Court rules on Plaintiffs' motion for class certification |

It is further ORDERED that this action is STAYED until February 8, 2027.

It is further ORDERED that the Parties shall file a joint status report with the Court no later than February 8, 2026, to apprise the Court of the outcome of the mediation.

Dated: October 14, 2026.

John H. Chun
John H. Chun
United States District Judge